IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

UNITED STATES OF AMERICA,

                            Plaintiff,                            ORDER

    v.

                                                                       09-cr-83-slc-02

DANIEL BRUCE,

                            Defendant.

---

       On July 9, 2009, this court held the plea and sentencing hearing in this case. The government appeared by Assistant United States Attorney Paul Connell. Defendant Daniel Bruce appeared in person and by Terry Frederick. The United States Sentencing Guidelines did not apply because Bruce pled guilty to a petty offense. Having considered the the parties' arguments, and taking into account Bruce's history and characteristics, as well as the need for general deterrence and in order not to deprecate the seriousness of the offense, I sentenced Bruce to six months' imprisonment consecutive to any sentence being served. Bruce does not need additional supervision and cannot afford to pay a monetary fine without impairing his ability to support himself and his family.

       Accordingly, it is ORDERED that defendant Daniel Bruce is to serve a sentence of six months' imprisonment consecutive to any sentence being served at a facility to be determined by the Bureau of Prisons. Bruce forthwith must pay the mandatory $10 criminal assessment to the Clerk of Court, Western District of Wisconsin.

       Entered this 22nd day of July, 2009.

                                           BY THE COURT:

                                           /s/
                                           _____

                                           STEPHEN L. CROCKER
                                           Magistrate Judge